Johnson #177601 - DOCLL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02346-Amended
(To be supplied by the court)

Jabari Johnson , Plaintiff

v.

SH Barnes ,

Chaplain (Jane Doe Love) ,

Chaplain (John Doe) ,

_____ , Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2018

JEFFREY P. COLWELL
CLERK

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jabari Johnson, 177601, P.O. Box 6000, Sterling, CO 80751

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
__✓__ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
____ Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Raemisch, Rick, P.O. Box 392004, 10900 Smith Rd.
(Name, job title, and complete mailing address)
Denver, Colorado 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ____ No (*check one*). Briefly explain:

Knowingly acted under the color of law

Defendant 1 is being sued in his/her __✓__ individual and/or __✓__ official capacity.

2

Defendant 2: Jane Doe Love, Chaplain P.O. Box 392001, 10900
(Name, job title, and complete mailing address)
Smith Rd, Denver Colorado, 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:
Knowingly Acted under the Color of law

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: John Doe, Chaplain P.O. Box 392001, 10900
(Name, job title, and complete mailing address)
Smith Rd, Denver Colorado, 80239

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:
Knowingly Acted under the Color of law

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: (*please identify*) _____

Johnson #177601 - DOCLL

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

**CLAIM ONE:** Amendment 1 (Freedom of Religion) Deprivation of Civil Liberties

**Supporting facts:** On Sept 16, 17, Sgt Barnes explains the Chaplain (John Doe) stated on his kite that DRDC does not have those kinds of books referring to my request for a Quran, Kufi, and prayer rug. The practice of my religion entitles me to have those very religious materials I am being deprived of. Respectfully and distinctively I expressed to Sgt Barnes that I need the very kite of Chaplain (John Doe) statement. Sgt Barnes response was he would place the kite in the mail bag and that it only states we don't have that kind of books at this facility.

In Sept 24, 17, I spoke to a female Chaplain (Jane Doe Love) while in Christian Church Services, I asked her how can I receive a Quran at this facility (DRDC). The older hispanic (civil) headed Chaplain woman stated Islam is not something that is practiced here at DRDC because it is of the Devil. My response to her remark was, so I'm being deprived of being able to practice my religion, she states knowingly I guess so. Shortly after I expressed to her that I would like her remark in writing but she refused.

Under the 1st Amendment Right to Freedom of Religion, press, and expression will knowingly violated, reflecting the need of practicing the faith of Islam. I was deprived of the Quran, prayer rug, and kufi from date Sept 16, 2017 - Oct 17, 17 while housed at DRDC. (Jane Doe Love) expressed blatantly Islam is not a religion that will be practiced at the facility of DRDC depriving me of the right to worship my (1st) Amendment right along with Chaplain (John Doe). Due to the effect of deprivation of religious materials to strengthen my faith I have endured mental and emotional anguish. Therefore I seek relief from the permanent damage 2 D.O.C's negligence has inflicted which I am asking the court to grant 2.5 million

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Weld County, D.O.C, D.O.C

Docket number and court: 17-CV-02484, 17-CV-02469, 17-CV-02793

Claims raised: Deprivation of Civil Liberties, Neglect, Violation of Hippa

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Pending

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

## G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

I ask the court to grant relief of 2.5 million in damages

500,000  Sgt Barnes
1.million  John Doe
1 million  Jane Doe Lnr

total 2.5 million

## H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

March 4, 18
_____
(Date)

(Form Revised December 2017)